**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                        :
                                                              :    **Chapter 11**
                                                              :
**SKILLSOFT CORPORATION,** *et al.*                           :    **Case No. 20– 11532 (MFW)**
                                                              :
         Debtors.[1]                                          :    **(Joint Administration Requested)**
                                                              :
------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gary T. Holtzer of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 to represent the above-captioned debtors and debtors in possession in the above-captioned cases.

Dated: June 15, 2020         */s/ Mark D. Collins*
Wilmington, Delaware         Mark D. Collins (No. 2981)
                             **RICHARDS, LAYTON & FINGER, P.A.**
                             One Rodney Square
                             920 North King Street
                             Wilmington, Delaware 19801
                             Telephone:    (302) 651-7700
                             Facsimile:    (302) 651-7701
                             Email:        collins@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Skillsoft Corporation (6115); Amber Holding Inc. (0335); SumTotal Systems LLC (7228); MindLeaders, Inc. (6072); Accero, Inc. (4684); CyberShift Holdings, Inc. (2109); CyberShift, Inc. (0586); Pointwell Limited; SSI Investments I Limited; SSI Investments II Limited; SSI Investments III Limited; Skillsoft Limited; Skillsoft Ireland Limited; ThirdForce Group Limited; Skillsoft U.K. Limited; and Skillsoft Canada, Ltd. The location of the Debtors' corporate U.S. headquarters is 300 Innovative Way, Suite 201, Nashua, NH 03062.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and admitted to practice before the United States District Courts for the Eastern and Southern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: June 15, 2020　　　　　*/s/ Gary T. Holtzer*
　　　　　　　　　　　　　　　Gary T. Holtzer
　　　　　　　　　　　　　　　**WEIL, GOTSHAL & MANGES LLP**
　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　New York New York 10153
　　　　　　　　　　　　　　　Telephone:　(212) 310-8000
　　　　　　　　　　　　　　　Facsimile:　(212) 310-8007
　　　　　　　　　　　　　　　Email:　　　gary.holtzer@weil.com

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.