## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SKILLSOFT CORPORATION,** *et al.* | Case No. 20–11532 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 102 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| July 24, 2020 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

**Dated: June 17th, 2020**
**Wilmington, Delaware**

*[Signature]*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 23587234v.1