**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                       :
                                             :         Chapter 11
                                             :
SKILLSOFT CORPORATION, et al.                :         Case No. 20–11532 (MFW)
                                             :
        Debtors.¹                            :         (Jointly Administered)
                                             :
------------------------------------------------------------ x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON JULY 7, 2020 AT 2:00 P.M. (ET)** [2]

---

**THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO.
<u>ALL</u> PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY
BY CONTACTING COURTCALL, LLC AT 866-582-6878
NO LATER THAN JULY 6, 2020 AT 12:00 P.M. (ET).**

**<u>ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT
SHOULD APPEAR BY ZOOM AND COURTCALL</u>.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE
MUTED AND THE ONLY AUDIO WIIL BE THROUGH COURTCALL.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV MEETING**: https://debuscourts.zoomgov.com/j/1611083959
**MEETING ID: 161 108 3959  PASSWORD: 342734**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Skillsoft Corporation (6115); Amber Holding Inc. (0335); SumTotal Systems LLC (7228); MindLeaders, Inc. (6072); Accero, Inc. (4684); CyberShift Holdings, Inc. (2109); CyberShift, Inc. (0586); Pointwell Limited; SSI Investments I Limited; SSI Investments II Limited; SSI Investments III Limited; Skillsoft Limited; Skillsoft Ireland Limited; ThirdForce Group Limited; Skillsoft U.K. Limited; and Skillsoft Canada, Ltd. The location of the Debtors' corporate U.S. headquarters is 300 Innovative Way, Suite 201, Nashua, NH 03062.

[2] All motions and other pleadings referenced herein are available online at the following address: www.kccllc.net/skillsoft.

RLF1 23633439v.1

**I.     MATTERS WITH CERTIFICATES OF NO OBJECTION OR CERTIFICATIONS OF COUNSEL:**

1.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 3 – filed June 14, 2020]

    Objection/Response Deadline:     June 30, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:     None

    Related Documents:

    i.   Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

    ii.  Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

    iii. Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 74 – entered June 16, 2020]

    iv.  Notice of (A) Entry of Interim Order (I) Authorizing Debtors to Pay Center Prepetition Taxes and Fees, and (II) Granting Related Relief, and (B) Final Hearing Thereon [Docket No. 90 – filed June 16, 2020]

    v.   Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 143 – filed July 2, 2020]

    Status: On July 2, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

2.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief [Docket No. 4 – filed June 14, 2020]

    Objection/Response Deadline:     June 30, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:     None

    Related Documents:

2

    i. Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

    ii. Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

    iii. Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief [Docket No. 75 – entered June 16, 2020]

    iv. Notice of (1) Entry of Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief; and (2) Final Hearing Thereon [Docket No. 89 – filed June 16, 2020]

    v. Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief [Docket No. 145 – filed July 2, 2020]

Status: On July 2, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

3. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, and (IV) Granting Related Relief [Docket No. 6 – filed June 14, 2020]

    Objection/Response Deadline:    June 30, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

    Related Documents:

    i. Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

    ii. Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

    iii.    Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, and (IV) Granting Related Relief [Docket No. 77 – entered June 16, 2020]

    iv.    Notice of (1) Entry of Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, and (IV) Granting Related Relief; and (2) Final Hearing Thereon [Docket No. 92 – filed June 16, 2020]

    v.    Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, and (IV) Granting Related Relief [Docket No. 137 – filed July 1, 2020]

    <u>Status</u>: On July 1, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

4.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, and (C) Modify the Automatic Stay with Respect to the Workers' Compensation Program, and (II) Granting Related Relief [Docket No. 7 – filed June 14, 2020]

    <u>Objection/Response Deadline</u>:    June 30, 2020 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:    None

    <u>Related Documents</u>:

    i.    Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

    ii.    Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

    iii.    Interim Order (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, and (C) Modify the Automatic Stay with Respect to the Workers' Compensation Program, and (II) Granting Related Relief [Docket No. 76 – entered June 16, 2020]

      iv.    Notice of (1) Entry of Interim Order (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, and (C) Modify the Automatic Stay with Respect to the Workers' Compensation Program, and (II) Granting Related Relief [Docket No. 91 – filed June 16, 2020]

      v.    Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor All Insurance Obligations, and (C) Modify the Automatic Stay with Respect to the Workers' Compensation Program, and (II) Granting Related Relief [Docket No. 142 – filed July 2, 2020]

    Status: On July 2, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

5. Motion of Debtors Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. P. 9018 and Del. Bankr. L.R. 9018-1 for Entry of Interim and Final Orders Authorizing the Debtors to File (I) Portions of the Creditor Matrix Under Seal and (II) the Commercial Information and the Personal Information in Future Filings Under Seal [Docket No. 8 – filed June 14, 2020]

    Objection/Response Deadline:    June 30, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

    Related Documents:

      i.    Notice of Filing of Proposed Redacted Version of the Creditor Matrix [Docket No. 15 – filed June 15, 2020]

      ii.    Notice of Filing of Sealed Version of the Creditor Matrix [Docket No. 14 – filed June 15, 2020]

      iii.    Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

      iv.    Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

      v.    Certification of Counsel Regarding Interim Order Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. P. 9018 and Del. Bankr. L.R. 9018-1 Authorizing the Debtors to File (I) Portions of the Creditor Matrix Under Seal and (II) the Commercial Information and the Personal Information in Future Filings Under Seal [Docket No. 96 – filed June 16, 2020]

      vi.    Interim Order Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. P. 9018 and Del. Bankr. L.R. 9018-1 Authorizing the Debtors to File (I) Portions of

    the Creditor Matrix Under Seal and (II) the Commercial Information and the Personal Information in Future Filings Under Seal [Docket No. 103 – entered June 17, 2020]

  vii. Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. P. 9018 and Del. Bankr. L.R. 9018-1 Authorizing the Debtors to File (I) Portions of the Creditor Matrix Under Seal and (II) the Commercial Information and the Personal Information in Future Filings Under Seal; and (B) Final Hearing Thereon [Docket No. 109 – filed June 17, 2020]

  viii. Certification of Counsel Regarding Final Order Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. P. 9018 and Del. Bankr. L.R. 9018-1 Authorizing the Debtors to File (I) Portions of the Creditor Matrix Under Seal and (II) the Commercial Information and the Personal Information in Future Filings Under Seal [Docket No. 146 – filed July 2, 2020]

 Status: On July 2, 2020, the Debtors filed a revised final order under certification of counsel. Accordingly, a hearing regarding this matter is not required.

6. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Trade Claims in Ordinary Course of Business and (II) Granting Related Relief [Docket No. 9 – filed June 15, 2020]

 Objection/Response Deadline: June 30, 2020 at 4:00 p.m. (ET)

 Objections/Responses Received: None

 Related Documents:

  i. Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

  ii. Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

  iii. Interim Order (I) Authorizing the Debtors to Pay Prepetition Trade Claims in Ordinary Court of Business and (II) Granting Related Relief [Docket No. 78 – entered June 16, 2020]

  iv. Notice of (1) Entry of Interim Order (I) Authorizing the Debtors to Pay Prepetition Trade Claims in Ordinary Court of Business and (II) Granting Related Relief; and (2) Final Hearing Thereon [Docket No. 93 – filed June 16, 2020

  v. Certificate of No Objection Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Trade Claims in Ordinary Course of Business and (II) Granting Related Relief [Docket No. 144 – filed July 2, 2020]

Status: On July 2, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

7. Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [Docket No. 121 – filed June 23, 2020]

   Objection/Response Deadline:    June 30, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:    None

   Related Documents:

   i. Certificate of No Objection Regarding Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [Docket No. 147 – filed July 2, 2020]

   Status: On July 2, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

8. Motion of Debtors for Authority to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 122 – filed June 23, 2020]

   Objection/Response Deadline:    June 30, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:    None

   Related Documents:

   i. Certificate of No Objection Regarding Motion of Debtors for Authority to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 148 – filed July 2, 2020]

   Status: On July 2, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

**II.    MATTERS GOING FORWARD:**

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, and (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims; (II) Extending Time to Comply with 11 U.S.C. § 345(b); and (III) Granting Related Relief [Docket No. 10 – filed June 15, 2020]

   Objection/Response Deadline:    June 30, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:

    A.    Informal comments from CIT Bank, N.A.

Related Documents:

i. Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

ii. Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

iii. Interim Order (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, and (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims; (II) Extending Time to Comply with 11 U.S.C. § 345(b); and (III) Granting Related Relief [Docket No. 85 – entered June 16, 2020]

iv. Notice of (1) Entry of Interim Order (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, and (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims; (II) Extending Time to Comply with 11 U.S.C. § 345(b); and (III) Granting Related Relief; and (2) Final Hearing Thereon [Docket No. 94 – entered June 16, 2020]

Status: The Debtors are working to resolve the informal comments of CIT Bank, N.A.. At this time, the hearing on this matter is going forward.

10. Motion of Debtors for Entry of Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, (VI) Granting Related Relief [Docket No. 19 – filed June 15, 2020]

    Objection/Response Deadline:    June 30, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

Related Documents:

i. Declaration of Christopher A. Wilson in Support of Motion of Debtors for Entry of Orders (I) Authorizing Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, (VI) Granting Related Relief [Docket No. 20 – filed June 15, 2020]

RLF1 23633439v.1

ii. Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 22 – filed June 15, 2020]

iii. Notice of Filing Confidential Proposed Debtor-in-Possession Financing Fee Letters Under Seal [Docket No. 30 – filed June 15, 2020]

iv. Notice of Filing of Proposed Redacted Versions of the Debtor-in-Possession Financing Fee Letters [Docket No. 31 – filed June 15, 2020]

v. Supplemental Declaration of John Frederick in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 51 – filed June 16, 2020]

vi. Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling Final Hearing, and (VI) Granting Related Relief [Docket No. 86 – entered June 16, 2020]

vii. Order Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Authorizing the Debtors to File the Proposed Debtor-in-Possession Financing Fee Letters Under Seal [Docket No. 87 – entered June 16, 2020]

viii. Notice of (1) Entry of Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling Final Hearing, and (VI) Granting Related Relief; and (2) Final Hearing Thereon [Docket No. 95 – filed June 16, 2020]

Status: The hearing on this matter is going forward.

Dated: July 2, 2020
      Wilmington, Delaware

                      */s/ Amanda R. Steele*
                      RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
910 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      steele@rlf.com
      delillo@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Robert J. Lemons (admitted *pro hac vice*)
Katherine Theresa Lewis (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: gary.holtzer@weil.com
      robert.lemons@weil.com
      katherine.lewis@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*