UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :
                                                             :     Chapter 11
                                                             :
SKILLSOFT CORPORATION, *et al.*                              :     Case No. 20–11532 (MFW)
                                                             :
Debtors.[1]                                                  :     (Jointly Administered)
                                                             :
                                                             :     Hearing Date:  July 24, 2020 at 10:30 a.m. (ET)
                                                             :     Obj. Deadline:  July 20, 2020 at 4:00 p.m. (ET)
                                                             :
------------------------------------------------------------ x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on July 10, 2020, Skillsoft Corporation ("**Skillsoft**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of an Order (I) Authorizing Certain Debtors to Continue Selling Receivables and Related Rights Pursuant to Accounts Receivable Agreement, (II) Modifying the Automatic Stay, and (III) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief requested in the Motion, if any, must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware, 19801, on or **before 4:00 p.m. (prevailing Eastern Time) on July 20, 2020**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Skillsoft Corporation (6115); Amber Holding Inc. (0335); SumTotal Systems LLC (7228); MindLeaders, Inc. (6072); Accero, Inc. (4684); CyberShift Holdings, Inc. (2109); CyberShift, Inc. (U.S.) (0586); Pointwell Limited; SSI Investments I Limited; SSI Investments II Limited; SSI Investments III Limited; Skillsoft Limited; Skillsoft Ireland Limited; ThirdForce Group Limited; Skillsoft U.K. Limited; and Skillsoft Canada, Ltd.  The location of the Debtors' corporate U.S. headquarters is 300 Innovative Way, Suite 201, Nashua, NH 03062.

RLF1 23697555v.1

PLEASE TAKE FURTHER NOTICE that, if an objection is properly filed and served, a hearing will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware, 19801 on **July 24, 2020 at 10:30 a.m. (prevailing Eastern Time).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  July 10, 2020
  Wilmington, Delaware

*/s/ Amanda R. Steele*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
910 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: delillo@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer (admitted *pro hac vice*)
Robert J. Lemons (admitted *pro hac vice*)
Katherine Theresa Lewis (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*