UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :
                                                    :    Chapter 11
                                                    :
SKILLSOFT CORPORATION, *et al.*                     :    Case No. 20–11532 (MFW)
                                                    :
            Debtors.[1]                             :    (Jointly Administered)
                                                    :
                                                    :    Re: Docket Nos. 183 & 184
                                                    :
                                                    :    Proposed Hearing Date:
                                                    :    July 24, 2020 at 10:30 a.m. (ET)
                                                    :
                                                    :    Proposed Objection Deadline:
                                                    :    July 22, 2020 at 12:00 p.m. (ET)
------------------------------------------------------------ x

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on July 10, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion Debtors for Entry of an Order (I) Authorizing Entry Into the Amended Restructuring Support Agreement, (II) Determining the Scope of the Proposed Resolicitation, (III) Approving the Adequacy of the Disclosure Statement in Connection with the Amended Chapter 11 Plan, (IV) Establishing Certain Deadlines and Procedures in Connection with Confirmation of the Amended Chapter 11 Plan, and (V) Granting Related Relief* [Docket No. 183] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Skillsoft Corporation (6115); Amber Holding Inc. (0335); SumTotal Systems LLC (7228); MindLeaders, Inc. (6072); Accero, Inc. (4684); CyberShift Holdings, Inc. (2109); CyberShift, Inc. (U.S.) (0586); Pointwell Limited; SSI Investments I Limited; SSI Investments II Limited; SSI Investments III Limited; Skillsoft Limited; Skillsoft Ireland Limited; ThirdForce Group Limited; Skillsoft U.K. Limited; and Skillsoft Canada, Ltd. The location of the Debtors' corporate U.S. headquarters is 300 Innovative Way, Suite 201, Nashua, NH 03062.

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion [Docket No. 184] (the "**Motion to Shorten**").

PLEASE TAKE FURTHER NOTICE that if the Court grants the relief requested in the Motion to Shorten: (i) a telephonic hearing[2] to consider the Motion will be held on **July 24, 2020 at 10:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, and (ii) responses or objections to the relief requested in the Motion, if any, must be in writing and filed with the Clerk of the Court, 824 North Market Street, 4th Floor, Wilmington, Delaware 19801, on or before **July 22, 2020 at 12:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if the Court denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive a separate notice of the Court-approved objection deadline and hearing date for the Motion.

[*remainder of page intentionally left blank*]

---

[2] Any person who wishes to appear at the telephonic hearing is required to contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance.

Dated: July 11, 2020
      Wilmington, Delaware

                               */s/ Christopher M. De Lillo*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
910 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: delillo@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer
Robert J. Lemons
Katherine Theresa Lewis
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors*
*and Debtors in Possession*