**Final Claims Register Report**

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | AR Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/2020 | 40 | Agence de Revenu Quebec | | 1265 Boul Charest Ouest | | | Quebec | QC | G1N 4V5 | Canada | $10,579.41 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 07/14/2020 | 13 | Alachua County Tax Collector | Attn Misty Blackford | John Power, Alachua County Tax Collector | 5830 NW 34th Blvd | | Gainesville | FL | 32653 | | $15,756.11 | Secured | | | | Skillsoft Corporation | 20-11532 |
| 07/28/2020 | 19 | Arizona Department of Revenue | Office of the Arizona Attorney General Tax, Bankruptcy and Collection Sct | 2005 N Central Ave Suite 100 | | | Phoenix | AZ | 85004 | | W/D | Priority | | | | CyberShift Holdings, Inc. | 20-11538 |
| 07/28/2020 | 19 | Arizona Department of Revenue | Office of the Arizona Attorney General Tax, Bankruptcy and Collection Sct | 2005 N Central Ave Suite 100 | | | Phoenix | AZ | 85004 | | W/D | General Unsecured | | | | CyberShift Holdings, Inc. | 20-11538 |
| 07/28/2020 | 20 | Arizona Department of Revenue | Office of the Arizona Attorney General Tax, Bankruptcy and Collection Sct | 2005 N Central Ave Suite 100 | | | Phoenix | AZ | 85004 | | W/D | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 07/28/2020 | 21 | Arizona Department of Revenue | Office of the Arizona Attorney General Tax, Bankruptcy and Collection Sct | 2005 N Central Ave Suite 100 | | | Phoenix | AZ | 85004 | | W/D | Priority | | | | Amber Holding Inc. | 20-11534 |
| 06/16/2020 | 1 | Bexar County | Linebarger Goggan Blair & Sampson, LLP | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | | W/D | Secured | | | | SSI Investments I Limited | 20-11539 |
| 08/24/2020 | 29 | California Department of Tax and Fee Administration | | PO Box 942879 | | | Sacramento | CA | 94279-0055 | | $225.88 | General Unsecured | | | | CyberShift, Inc. | 20-11537 |
| 08/17/2020 | 25 | CenturyLink Communications, LLC (f/k/a Qwest Communications Company, LLC) | Attn Legal-BKY | Centurylink Communications, LLC - Bankruptcy | 1025 El Dorado Blvd | | Broomfield | CO | 80021 | | $5,402.25 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 11/03/2020 | 51 | City of Boston | Treasury Dept., Bankruptcy Coor. | City Hall Room M-5 | One City Hall Square | | Boston | MA | 02201-1020 | | $59,986.86 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 06/29/2020 | 7 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $4,358,848.06 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 06/29/2020 | 8 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $5,100.00 | Priority | | | | MindLeaders, Inc. | 20-11535 |
| 06/29/2020 | 9 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $806,095.63 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 06/29/2020 | 9 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $5,612.70 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 10/02/2020 | 36 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $2,531.25 | Priority | | | | MindLeaders, Inc. | 20-11535 |
| 10/02/2020 | 36 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $221.20 | General Unsecured | | | | MindLeaders, Inc. | 20-11535 |
| 10/02/2020 | 37 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $336.30 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 10/02/2020 | 38 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $3,447.33 | Priority | | | | Accero, Inc. | 20-11536 |
| 10/02/2020 | 38 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $8,067.60 | General Unsecured | | | | Accero, Inc. | 20-11536 |
| 10/02/2020 | 39 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $3,447.33 | Priority | | | | CyberShift, Inc. | 20-11537 |
| 10/02/2020 | 39 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $8,067.60 | General Unsecured | | | | CyberShift, Inc. | 20-11537 |
| 11/10/2020 | 52 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $1,650.77 | Priority | | | | Amber Holding Inc. | 20-11534 |
| 08/26/2020 | 33 | Frontier Communications | Frontier Communications - Bankruptcy Dept | 19 John St | | | Middletown | NY | 10940 | | $1,584.85 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 11/24/2020 | 61 | Illinois Department of Revenue | | PO Box 19035 | | | Springfield | IL | 62794-9035 | | $6.89 | Priority | | | | CyberShift, Inc. | 20-11537 |
| 11/24/2020 | 61 | Illinois Department of Revenue | | PO Box 19035 | | | Springfield | IL | 62794-9035 | | $11.40 | General Unsecured | | | | CyberShift, Inc. | 20-11537 |
| 07/06/2020 | 10 | Louisiana Department of Revenue | | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | | $3,000.00 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 07/06/2020 | 11 | Louisiana Department of Revenue | | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | | $5,721.00 | Priority | | | | Amber Holding Inc. | 20-11534 |

In re Skillsoft Corporation, et al.
Case No. 20-11532 (MFW)

Page 1 of 3

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | AR Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/2020 | 12 | Louisiana Department of Revenue | | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | | $16,323.51 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 07/06/2020 | 12 | Louisiana Department of Revenue | | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | | $5,330.42 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 08/05/2020 | 23 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | Mass. Dept. of Revenue | PO Box 9564 | | Boston | MA | 02114-9564 | | $49,062.81 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 08/05/2020 | 23 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | Mass. Dept. of Revenue | PO Box 9564 | | Boston | MA | 02114-9564 | | $95,441.19 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 08/05/2020 | 24 | Massachusetts Department of Revenue | Mass. Dept. of Revenue | Attn Bankruptcy Unit | PO Box 9564 | | Boston | MA | 02114-9564 | | W/D | Priority | | | | Amber Holding Inc. | 20-11534 |
| 08/05/2020 | 24 | Massachusetts Department of Revenue | Mass. Dept. of Revenue | Attn Bankruptcy Unit | PO Box 9564 | | Boston | MA | 02114-9564 | | W/D | General Unsecured | | | | Amber Holding Inc. | 20-11534 |
| 08/10/2020 | 30 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | Mass. Dept. of Revenue | PO Box 9564 | | Boston | MA | 02114-9564 | | $1,491.52 | Priority | | | | Accero, Inc. | 20-11536 |
| 08/10/2020 | 30 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | Mass. Dept. of Revenue | PO Box 9564 | | Boston | MA | 02114-9564 | | $2,901.42 | General Unsecured | | | | Accero, Inc. | 20-11536 |
| 08/10/2020 | 31 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | Mass. Dept. of Revenue | PO Box 9564 | | Boston | MA | 02114-9564 | | $1,491.52 | Priority | | | | MindLeaders, Inc. | 20-11535 |
| 08/10/2020 | 31 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | Mass. Dept. of Revenue | PO Box 9564 | | Boston | MA | 02114-9564 | | $1,157.82 | General Unsecured | | | | MindLeaders, Inc. | 20-11535 |
| 08/10/2020 | 32 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | Mass. Dept. of Revenue | PO Box 9564 | | Boston | MA | 02114-9564 | | W/D | Admin Priority | | | | Skillsoft Corporation | 20-11532 |
| 11/17/2020 | 53 | Michigan Department of Treasury | Katherine C. Kerwin | 3030 W. Grand Blvd. Ste.10-200 | | | Detroit | MI | 48202 | | $1,971.09 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 11/17/2020 | 53 | Michigan Department of Treasury | Katherine C. Kerwin | 3030 W. Grand Blvd. Ste.10-200 | | | Detroit | MI | 48202 | | $434.23 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 07/23/2020 | 14 | Mississippi Department of Revenue | Attn Bankruptcy Section | PO Box 22808 | | | Jackson | MS | 39225-2808 | | $2,107.75 | Secured | | | | MindLeaders, Inc. | 20-11535 |
| 12/16/2020 | 63 | NM Taxation & Revenue Department | | PO Box 8575 | | | Albuquerque | NM | 87198-8575 | | $668.86 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 12/16/2020 | 63 | NM Taxation & Revenue Department | | PO Box 8575 | | | Albuquerque | NM | 87198-8575 | | $112.47 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 08/04/2020 | 26 | Ohio Department of Taxation | Bankruptcy Div | PO Box 530 | | | Columbus | OH | 43216 | | $10,542.10 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 08/04/2020 | 26 | Ohio Department of Taxation | Bankruptcy Div | PO Box 530 | | | Columbus | OH | 43216 | | $1,650.00 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 08/04/2020 | 27 | Ohio Department of Taxation | Bankruptcy Div | PO Box 530 | | | Columbus | OH | 43216 | | $781.57 | General Unsecured | | | | Accero, Inc. | 20-11536 |
| 08/04/2020 | 28 | Ohio Department of Taxation | Bankruptcy Div | PO Box 530 | | | Columbus | OH | 43216 | | $10,542.10 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 08/04/2020 | 28 | Ohio Department of Taxation | Bankruptcy Div | PO Box 530 | | | Columbus | OH | 43216 | | $1,650.00 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 07/07/2020 | 5 | Prince Georges County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | 6801 Kenilworth Ave., Ste 400 | | | Riverdale Park | MD | 20737 | | $4.48 | Secured | | | | SumTotal Systems LLC | 20-11533 |
| 07/07/2020 | 6 | Prince Georges County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | 6801 Kenilworth Ave., Ste 400 | | | Riverdale Park | MD | 20737 | | $6.87 | Secured | | | | Skillsoft Corporation | 20-11532 |
| 11/17/2020 | 60 | Rhode Island Division of Taxation | | One Capitol Hill | | | Providence | RI | 02908 | | $378.11 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 11/17/2020 | 60 | Rhode Island Division of Taxation | | One Capitol Hill | | | Providence | RI | 02908 | | $1,630.86 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 06/26/2020 | 2 | Staples Business Advantage | Staples/Tom Riggleman | 7 Technology Circle | | | Columbia | SC | 29203 | | $1,133.15 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 06/26/2020 | 3 | Staples Business Advantage | Staples/Tom Riggleman | 7 Technology Circle | | | Columbia | SC | 29203 | | $9,464.73 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 11/17/2020 | 54 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $36,000.00 | Priority | | | | MindLeaders, Inc. | 20-11535 |
| 11/17/2020 | 54 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $10,000.00 | General Unsecured | | | | MindLeaders, Inc. | 20-11535 |
| 11/17/2020 | 55 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $35,500.00 | Priority | | | | Accero, Inc. | 20-11536 |
| 11/17/2020 | 55 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $2,798.32 | General Unsecured | | | | Accero, Inc. | 20-11536 |
| 11/17/2020 | 56 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $2,096.00 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 11/17/2020 | 57 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $99,060.00 | Priority | | | | Amber Holding Inc. | 20-11534 |

In re Skillsoft Corporation, et al.
Case No. 20-11532 (MFW)

Page 2 of 3

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | AR Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2020 | 58 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $1,206,000.00 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 11/17/2020 | 59 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $214,300.00 | Priority | | | | CyberShift, Inc. | 20-11537 |
| 11/17/2020 | 59 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695 | | $15,740.48 | General Unsecured | | | | CyberShift, Inc. | 20-11537 |
| 09/01/2020 | 34 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711-2548 | | W/D | Priority | | | | MindLeaders, Inc. | 20-11535 |
| 09/01/2020 | 34 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711-2548 | | W/D | General Unsecured | | | | MindLeaders, Inc. | 20-11535 |
| 09/01/2020 | 35 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711-2548 | | $3,853.19 | Priority | | | | Accero, Inc. | 20-11536 |
| 09/01/2020 | 35 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711-2548 | | $616.77 | General Unsecured | | | | Accero, Inc. | 20-11536 |
| 10/26/2020 | 46 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711-2548 | | $2,000.00 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 10/26/2020 | 47 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711-2548 | | $2,000.00 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 10/26/2020 | 48 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711-2548 | | $2,000.00 | Priority | | | | Amber Holding Inc. | 20-11534 |
| 10/28/2020 | 49 | Texas Comptroller of Public Accounts on Behalf of the State of Texas and Local Sales Tax Jurisdictions | Office of the Attorney General | Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | | Austin | TX | 78711 | | $5,936.60 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 10/28/2020 | 50 | Texas Comptroller of Public Accounts on Behalf of the State of Texas and Local Sales Tax Jurisdictions | Office of the Attorney General | Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | | Austin | TX | 78711-2548 | | $7,669.16 | Admin Priority | | | | SumTotal Systems LLC | 20-11533 |
| 07/20/2020 | 18 | U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance | U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258 | | $42,988.37 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 07/03/2020 | 4 | University of Florida Career Connections Center | | 655 J. Wayne Reitz Union Drive Ste. 1300 | | | Gainesville | FL | 32611 | | $1,131.95 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 07/17/2020 | 17 | Wells Fargo Financial Leasing, Inc. | Attn Lisa Boddicker | Wells Fargo Vendor Financial Services, LLC | 1010 Thomas Edison Blvd, SW | | Cedar Rapids | IA | 52404 | | $3,208.23 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 07/17/2020 | 15 | Wells Fargo Vendor Financial Services, LLC | Attn Lisa Boddicker | 1010 Thomas Edison Blvd, SW | | | Cedar Rapids | IA | 52404 | | $2,670.70 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 07/17/2020 | 16 | Wells Fargo Vendor Financial Services, LLC | Attn Lisa Boddicker | 1010 Thomas Edison Blvd, SW | | | Cedar Rapids | IA | 52404 | | $3,212.15 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 10/07/2020 | 41 | West Virginia State Tax Department | Attn Eric M. Wilson - Bankruptcy Division | PO Box 766 | | | Charleston | WV | 25323 | | $50,400.00 | Priority | | | | Accero, Inc. | 20-11536 |
| 10/07/2020 | 41 | West Virginia State Tax Department | Attn Eric M. Wilson - Bankruptcy Division | PO Box 766 | | | Charleston | WV | 25323 | | $12,800.00 | General Unsecured | | | | Accero, Inc. | 20-11536 |
| 10/07/2020 | 42 | West Virginia State Tax Department | Attn Eric M Wilson - Bankruptcy Unit | PO Box 766 | | | Charleston | WV | 25323 | | $50,400.00 | Priority | | | | SumTotal Systems LLC | 20-11533 |
| 10/07/2020 | 42 | West Virginia State Tax Department | Attn Eric M Wilson - Bankruptcy Unit | PO Box 766 | | | Charleston | WV | 25323 | | $12,800.00 | General Unsecured | | | | SumTotal Systems LLC | 20-11533 |
| 10/20/2020 | 43 | West Virginia State Tax Department | Eric M. Wilson | Bankruptcy Unit | PO Box 766 | | Charleston | WV | 25323 | | $50,000.00 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 10/20/2020 | 43 | West Virginia State Tax Department | Eric M. Wilson | Bankruptcy Unit | PO Box 766 | | Charleston | WV | 25323 | | $12,800.00 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 10/20/2020 | 44 | West Virginia State Tax Department | Eric M. Wilson | Bankruptcy Unit | PO Box 766 | | Charleston | WV | 25323 | | $200,250.00 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 10/20/2020 | 44 | West Virginia State Tax Department | Eric M. Wilson | Bankruptcy Unit | PO Box 766 | | Charleston | WV | 25323 | | $50,880.00 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 10/20/2020 | 45 | West Virginia State Tax Department | Eric M. Wilson | Bankruptcy Unit | PO Box 766 | | Charleston | WV | 25323 | | $250,500.00 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 10/20/2020 | 45 | West Virginia State Tax Department | Eric M. Wilson | Bankruptcy Unit | PO Box 766 | | Charleston | WV | 25323 | | $64,000.00 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 12/08/2020 | 62 | Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | | $23,024.31 | Priority | | | | Skillsoft Corporation | 20-11532 |
| 12/08/2020 | 62 | Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 | | $693.48 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |
| 08/04/2020 | 22 | Zurich American Insurance | | PO Box 68549 | | | Schaumburg | IL | 60196 | | $1.00 | General Unsecured | | | | Skillsoft Corporation | 20-11532 |

In re Skillsoft Corporation, et al.
Case No. 20-11532 (MFW)

Page 3 of 3